1   Timothy E. Warriner
    Attorney at Law
2   1725 Capitol Ave.
    Sacramento, CA 95814
3   (916) 443-7141

4   Attorney for defendant,
    ARMANDO JUSTO

5

6

7                    IN THE UNITED STATES DISTRICT COURT FOR THE

                            EASTERN DISTRICT OF CALIFORNIA
8

9   UNITED STATES OF AMERICA,            )      No. CRS 05-0112 FCD
                                         )
10          Plaintiff,                   )      STIPULATION AND ORDER
                                         )      CONCERNING PRE-PLEA
11                                       )      PRESENTENCE INVESTIGATION
                                         )      REPORT
12      v.                               )
                                         )
13  ALBERT PAUL ALMAREZ and              )
    ARMANDO JUSTO,                       )      Status Conf. Date: July 25, 2005
14                                       )      Court: Hon. Frank C. Damrell
            Defendants.                  )
15  _____ )

16          Defendants ALBERT PAUL ALMAREZ, ARMANDO JUSTO, and the United States,

17  through their undersigned counsel, hereby agree and request that the Court order that a pre-plea

18  presentence investigation report be prepared by the United States Probation Department for both

19  defendants.

20          The reasons for the request are that the proposed disposition in this matter involves both

21  pleas to firearm and related offenses (transportation of explosives), as well as drug offenses, and

22  guidance from the probation department concerning application of the sentencing guidelines in

23  these circumstances is needed to assist in the resolution of the case.  These issues, and

24  uncertainty concerning both defendants' criminal history, will likely be resolved through

25  preparation of a pre-plea report.

26          In light of the foregoing, counsel jointly request that the court order the probation

27  department to prepare a full pre-plea presentence report for both defendants, and that the

28  probation department distribute a copy of the draft report to counsel for defendants and the

1  government, but that no report be forwarded to the Court.

2       Respectfully submitted.

3  DATED: June 14, 2005                    /s/ Tim Warriner
                                           Attorney for Defendant,
4                                          ARMANDO JUSTO

5

6  DATED: June 14, 2005                    /s/ Matthew Bockman,
                                           Assistant Federal Defender,
7                                          For Defendant, ALBERT
                                           ALMAREZ
8

9  DATED: June 14, 2005                    /s/ Richard J. Bender,
                                           Assistant United States Attorney
10

11                              ORDER

12       GOOD CAUSE APPEARING, the probation department is hereby ordered to prepare a

13  pre-plea presentence report for both defendants, and to distribute a copy of the draft report to all

14  counsel but not to the court.

15

16  DATED: June 16, 2005

17                                         /s/ Frank C. Damrell Jr.
                                           UNITED STATES DISTRICT COURT JUDGE
18

19

20

21

22

23

24

25

26

27

28